## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| )| |
| FEDERAL ENERGY ) | |
| REGULATORY COMMISSION ) | |
| 888 First Street, N.E. ) | |
| Washington, D.C.  20426, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Misc. No. _____ |
| ) | |
| J.P. MORGAN VENTURES ) | |
| ENERGY CORPORATION ) | |
| 700 Louisiana Street ) | |
| Suite 1000 ) | |
| Houston, TX 77002, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## EXHIBIT 1
## IN SUPPORT OF PETITION FOR ORDER TO SHOW CAUSE

**Emails JP Morgan Repeatedly Claimed to Be Privileged,
and then Produced in Unredacted Form on May 9, 2012**

**July 2, 2012**

**Redacted**



oncordance Image - [JPM-172588]

File  Edit  View  Tools  Page  Redlines  Window  Help

FOIA CONFIDENTIAL TREATMENT REQUESTED CONTAI
DO NOT RELEASE PURSUANT TO 5 U.S.C. § 552, 18 (

**From:**     Dunleavy, Francis <Francis.Dunleavy@jpmorgan.com>
**Sent:**     Monday, March 14, 2011 1:59 PM
**To:**       Masters, Blythe <blythe.masters@jpmorgan.com>
**Subject:**  RE: Privileged and Confidential - CAISO update

Redacted

-----Original Message-----
From: Masters, Blythe
Sent: Monday, March 14, 2011 12:54 PM
To: Dunleavy, Francis
Subject: Re: Privileged and Confidential - CAISO update

Redacted

----- Original Message -----
From: Dunleavy, Francis
To: Masters, Blythe
Sent: Mon Mar 14 13:50:17 2011
Subject: RE: Privileged and Confidential - CAISO update

Redacted

-----Original Message-----
From: Masters, Blythe
Sent: Monday, March 14, 2011 12:49 PM
To: Dunleavy, Francis
Subject: Re: Privileged and Confidential - CAISO update

Redacted

**Unredacted**



JPM-172588]

Page   Redlines   Window   Help

From:       Dunleavy, Francis <Francis.Dunleavy@jpmorgan.com>
Sent:       Monday, March 14, 2011 1:59 PM
To:         Masters, Blythe <blythe.masters@jpmorgan.com>
Subject:    RE: Privileged and Confidential - CAISO update

I will handle it but it may not be pretty.

-----Original Message-----
From: Masters, Blythe
Sent: Monday, March 14, 2011 12:54 PM
To: Dunleavy, Francis
Subject: Re: Privileged and Confidential - CAISO update

I'm in a meeting in london with Jes.

----- Original Message -----
From: Dunleavy, Francis
To: Masters, Blythe
Sent: Mon Mar 14 13:50:17 2011
Subject: RE: Privileged and Confidential - CAISO update

We should speak

-----Original Message-----
From: Masters, Blythe
Sent: Monday, March 14, 2011 12:49 PM
To: Dunleavy, Francis
Subject: Re: Privileged and Confidential - CAISO update

So in your opinion we are beter off with me trying to decide this without your help??

## Redacted



Concordance Image - [JPM-202991]

File   Edit   View   Tools   Page   Redlines   Window   Help

FOIA CONFIDENTIAL TREATMENT REQUESTED CONTAINS PRIVILEGED INFORMATION -
DO NOT RELEASE PURSUANT TO 5 U.S.C. § 552, 18 C.F.R. §§ 1b.9, 1b.20 AND 388.1112

| | |
|---|---|
| **From:** | Robert O'Connell <robert.oconnell@jpmorgan.com> |
| **Sent:** | Friday, November 5, 2010 4:13 PM |
| **To:** | Paul Tramonte <Paul.Tramonte@jpmorgan.com> |
| **Subject:** | RE: Follow up meeting with Midwest ISO Market Monitor |

Redacted

Robert P. O'Connell | Vice President and Compliance Manager | Legal and Compliance | JPMorgan
P: 484-266-0283 | M: 484-844-2528 | robert.oconnell@jpmorgan.com

**From:** Paul Tramonte
**Sent:** Friday, November 05, 2010 4:11 PM
**To:** Robert O'Connell
**Subject:** RE: Follow up meeting with Midwest ISO Market Monitor

Redacted

Paul Tramonte | Vice President - Compliance Manager | North American Commodities | J.P. Morgan | 700 Louisiana, Houston,
Texas 77002 | T: 713 236-3079 | F: 713 236-5000 | Paul.Tramonte@jpmorgan.com | jpmorgan.com

**From:** Robert O'Connell
**Sent:** Friday, November 05, 2010 3:09 PM
**To:** Paul Tramonte
**Subject:** RE: Follow up meeting with Midwest ISO Market Monitor

Redacted

Robert P. O'Connell | Vice President and Compliance Manager | Legal and Compliance | JPMorgan
P: 484-266-0283 | M: 484-844-2528 | robert.oconnell@jpmorgan.com

## Unredacted



JPM-202991.pdf - Adobe Acrobat Pro

Edit   View   Window   Help

FOIA CONFIDENTIAL TREATMENT REQUESTED CONTAINS PRIVILEGED INFORMA
DO NOT RELEASE PURSUANT TO 5 U.S.C. § 552, 18 C.F.R. §§ 1b.9, 1b.20 AND

| From: | Robert O'Connell <robert.oconnell@jpmorgan.com> |
|---|---|
| Sent: | Friday, November 5, 2010 4:13 PM |
| To: | Paul Tramonte <Paul.Tramonte@jpmorgan.com> |
| Subject: | RE: Follow up meeting with Midwest ISO Market Monitor |

You probably don't want to send it to francis until the door is ready to close on his flight back to utah

Bob

Robert P. O'Connell | Vice President and Compliance Manager | Legal and Compliance | JPMorgan
P: 484-266-0283 | M: 484-844-2528 | robert.oconnell@jpmorgan.com

**From:** Paul Tramonte
**Sent:** Friday, November 05, 2010 4:11 PM
**To:** Robert O'Connell
**Subject:** RE: Follow up meeting with Midwest ISO Market Monitor

Redacted            Diane            Redacted

Paul Tramonte | Vice President - Compliance Manager | North American Commodities | J.P. Morgan | 700 Louisiana, Houston, Texas 77002 | T: 713 236-3079 | F: 713 236-5000 | Paul.Tramonte@jpmorgan.com | jpmorgan.com

**From:** Robert O'Connell
**Sent:** Friday, November 05, 2010 3:09 PM
**To:** Paul Tramonte
**Subject:** RE: Follow up meeting with Midwest ISO Market Monitor

Change December to October

Bob

Robert P. O'Connell | Vice President and Compliance Manager | Legal and Compliance | JPMorgan
P: 484-266-0283 | M: 484-844-2528 | robert.oconnell@jpmorgan.com

## Redacted





ordance Image - [JPM-173316]

Edit   View   Tools   Page   Redlines   Window   Help

FOIA CONFIDENTIAL TREATMENT REQUESTED CONTAINS PRIVILEGED INFORMATION -
DO NOT RELEASE PURSUANT TO 5 U.S.C. § 552, 18 C.F.R. §§ 1b.9, 1b.20 AND 388.1112

Redacted

**From:** Nakkab, Armand X
**Sent:** Monday, May 16, 2011 1:49 PM
**To:** Masters, Blythe; Posoli, Paul; Dunleavy, Francis; Basci, Patricia
**Cc:** Genova, Diane M.; Tramonte, Paul; de Marothy, Anne; Pritchard, Marisa C
**Subject:** RE: FERC Meeting

Redacted

**From:** Masters, Blythe
**Sent:** Monday, May 16, 2011 1:32 PM
**To:** Posoli, Paul; Nakkab, Armand X; Dunleavy, Francis; Basci, Patricia
**Cc:** Genova, Diane M.; Tramonte, Paul; de Marothy, Anne; Pritchard, Marisa C
**Subject:** Re: FERC Meeting

Redacted

**From:** Posoli, Paul
**To:** Nakkab, Armand X; Dunleavy, Francis; Masters, Blythe; Basci, Patricia
**Cc:** Genova, Diane M.; Tramonte, Paul; de Marothy, Anne; Pritchard, Marisa C
**Sent:** Mon May 16 12:11:20 2011
**Subject:** RE: FERC Meeting

Redacted

**From:** Nakkab, Armand X
**Sent:** Monday, May 16, 2011 11:05 AM
**To:** Dunleavy, Francis; Posoli, Paul; Masters, Blythe; Basci, Patricia
**Cc:** Genova, Diane M.; Tramonte, Paul; de Marothy, Anne; Pritchard, Marisa C
**Subject:** FERC Meeting

Redacted

Regards,
Ari Nakkab
Managing Director &
Compliance Managing Director

## Unredacted



JPM-173315.pdf - Adobe Acrobat Pro

ile   Edit   View   Window   Help

| From: | Nakkab, Armand X <armand.x.nakkab@jpmchase.com> |
|---|---|
| Sent: | Wednesday, May 18, 2011 9:03 AM |
| To: | Posoli, Paul <Paul.Posoli@jpmorgan.com>; Dunleavy, Francis <Francis.Dunleavy@jpmorgan.com>; Masters, Blythe <blythe.masters@jpmorgan.com> |
| Cc: | Genova, Diane M. <genova_diane@jpmorgan.com>; de Marothy, Anne <anne.de.marothy@jpmorgan.com>; Pritchard, Marisa C <marisa.c.pritchard@jpmchase.com>; Basci, Patricia <Patricia.Basci@chase.com> |
| Subject: | RE: FERC Meeting |

Redacted

Regards,
Ari Nakkab
Managing Director &
Compliance Managing Director
Tel. 212-648-0291
Alt Tel. 212-834-2477
Fax. 646-383-9453

**From:** Posoli, Paul
**Sent:** Wednesday, May 18, 2011 3:10 AM
**To:** Nakkab, Armand X; Dunleavy, Francis; Masters, Blythe; Basci, Patricia
**Cc:** Genova, Diane M.; Tramonte, Paul; de Marothy, Anne; Pritchard, Marisa C
**Subject:** Re: FERC Meeting

Redacted

**From:** Nakkab, Armand X
**To:** Dunleavy, Francis; Masters, Blythe; Posoli, Paul; Basci, Patricia
**Cc:** Genova, Diane M.; Tramonte, Paul; de Marothy, Anne; Pritchard, Marisa C
**Sent:** Tue May 17 17:57:17 2011
**Subject:** Re: FERC Meeting

No it has been moved. FERC can not make this date. Now looking at Monday May 23.

Regards,
Ari Nakkab
Managing Director &
Compliance Managing Director
T-212-648-0291
Alt T-212-834-2477

**From:** Dunleavy, Francis
**To:** Nakkab, Armand X; Masters, Blythe; Posoli, Paul; Basci, Patricia
**Cc:** Genova, Diane M.; Tramonte, Paul; de Marothy, Anne; Pritchard, Marisa C
**Sent:** Tue May 17 17:44:53 2011
**Subject:** RE: FERC Meeting



JPM-173316.pdf - Adobe Acrobat Pro

le   Edit   View   Window   Help

Is this the target date?

**From:** Nakkab, Armand X
**Sent:** Monday, May 16, 2011 1:49 PM
**To:** Masters, Blythe; Posoli, Paul; Dunleavy, Francis; Basci, Patricia
**Cc:** Genova, Diane M.; Tramonte, Paul; de Marothy, Anne; Pritchard, Marisa C
**Subject:** RE: FERC Meeting

we have confirmation from FERC that they can meet us on May 27 at 10:30 am.  according to Pat, Blythe can make that
meeting.  can you all please confirm that day and time works?

thanks
Ari

**From:** Masters, Blythe
**Sent:** Monday, May 16, 2011 1:32 PM
**To:** Posoli, Paul; Nakkab, Armand X; Dunleavy, Francis; Basci, Patricia
**Cc:** Genova, Diane M.; Tramonte, Paul; de Marothy, Anne; Pritchard, Marisa C
**Subject:** Re: FERC Meeting

I absolutely cannot do that date. It is my daughter's graduation.
Ari - pls work directly with Pat on my availability. We need to get this resolved.

**From:** Posoli, Paul
**To:** Nakkab, Armand X; Dunleavy, Francis; Masters, Blythe; Basci, Patricia
**Cc:** Genova, Diane M.; Tramonte, Paul; de Marothy, Anne; Pritchard, Marisa C
**Sent:** Mon May 16 12:11:20 2011
**Subject:** RE: FERC Meeting

that works for me

**From:** Nakkab, Armand X
**Sent:** Monday, May 16, 2011 11:05 AM
**To:** Dunleavy, Francis; Posoli, Paul; Masters, Blythe; Basci, Patricia
**Cc:** Genova, Diane M.; Tramonte, Paul; de Marothy, Anne; Pritchard, Marisa C
**Subject:** FERC Meeting

Hi All,
As you know we are planning on meeting with FERC staff in DC.  They have agreed to the week of May 23 and at
Diane□s request agreed to Wednesday May 25.  Please let me know if that works for you all and what time works best.
Please feel free to suggest alternate days and times if this does not work.

Thanks
Ari

Regards,
Ari Nakkab
Managing Director &
Compliance Managing Director
Tel. 212-648-0291
Alt Tel. 212-834-2477
Fax. 646-383-9453

**Redacted**



Concordance Image - [JPM-173346]

File   Edit   View   Tools   Page   Redlines   Window   Help

FOIA CONFIDENTIAL TREATMENT REQUESTED CONTAINS PRIVILEGED INFORMATION
DO NOT RELEASE PURSUANT TO 5 U.S.C. § 552, 18 C.F.R. §§ 1b.9, 1b.20 AND 388.111

| | |
|---|---|
| **From:** | Masters, Blythe <blythe.masters@jpmorgan.com> |
| **Sent:** | Saturday, May 7, 2011 4:14 PM |
| **To:** | Nakkab, Armand X <armand.x.nakkab@jpmchase.com>; Dunleavy, Francis <Francis.Dunleavy@jpmorgan.com>; Tramonte, Paul <Paul.Tramonte@jpmorgan.com> |
| **Cc:** | Genova, Diane M. <genova_diane@jpmorgan.com>; Johnson, Gregory J <johnson_greg@jpmorgan.com>; Greenleaf, Stephen T <stephen.t.greenleaf@jpmorgan.com>; Cromarty, Chloe <chloe.cromarty@jpmchase.com> |
| **Subject:** | Re: Update |

Redacted

**From:** Nakkab, Armand X
**To:** Masters, Blythe; Dunleavy, Francis; Tramonte, Paul
**Cc:** Genova, Diane M.; Johnson, Gregory J; Greenleaf, Stephen T; Cromarty, Chloe
**Sent:** Sat May 07 16:11:46 2011
**Subject:** RE: Update

Redacted

## Unredacted



## Redacted



## Unredacted



## Redacted



## Unredacted



JPM-202463.pdf - Adobe Acrobat Pro

Edit   View   Window   Help

FOIA CONFIDENTIAL TREATMENT REQUESTED CONTAINS PRIVILEGED INFORMA
DO NOT RELEASE PURSUANT TO 5 U.S.C. § 552, 18 C.F.R. §§ 1b.9, 1b.20 AND 38

| | |
|---|---|
| **From:** | Blythe Masters <blythe.masters@jpmorgan.com> |
| **Sent:** | Friday, November 5, 2010 6:12 PM |
| **To:** | Paul Posoli <Paul.Posoli@jpmorgan.com> |
| **Subject:** | Fw: Follow up meeting with Midwest ISO Market Monitor |

**From:** Armand X Nakkab
**To:** Blythe Masters; Francis Dunleavy
**Cc:** Gregory J Johnson; Diane M. Genova; Paul Tramonte
**Sent:** Fri Nov 05 18:03:53 2010
**Subject:** Fw: Follow up meeting with Midwest ISO Market Monitor

hi Blythe/Francis.

Please see Paul Tramonte's summary below of today's call with the Market Monitor regarding MISO's questions of JPM's
activity.☐ We will let you know as soon as the IMM gets back to us.

Apologies for the typo - the date should be October 31 not December.

Thanks

Ari

Regards,
Ari Nakkab
T-212-648-0291
Alt T-212-834-2477

## Redacted



FOIA CONFIDENTIAL TREATMENT REQUESTED CONTAINS PRIVILEGED INFORMAT
DO NOT RELEASE PURSUANT TO 5 U.S.C. § 552, 18 C.F.R. §§ 1b.9, 1b.20 AND 388

| | |
|---|---|
| **From:** | Armand X Nakkab <armand.x.nakkab@jpmchase.com> |
| **Sent:** | Friday, November 5, 2010 6:04 PM |
| **To:** | Blythe Masters <blythe.masters@jpmorgan.com>; Francis Dunleavy <Francis.Dunleavy@jpmorgan.com> |
| **Cc:** | Gregory J Johnson <johnson_greg@jpmorgan.com>; Diane M. Genova <genova_diane@jpmorgan.com>; Paul Tramonte <Paul.Tramonte@jpmorgan.com> |
| **Subject:** | Fw: Follow up meeting with Midwest ISO Market Monitor |

Redacted

Regards,
Ari Nakkab
T-212-648-0291
Alt T-212-834-2477

## Unredacted



FOIA CONFIDENTIAL TREATMENT REQUESTED CONTAINS PRIVILEGED INFORMA
DO NOT RELEASE PURSUANT TO 5 U.S.C. § 552, 18 C.F.R. §§ 1b.9, 1b.20 AND 38

| | |
|---|---|
| **From:** | Armand X Nakkab <armand.x.nakkab@jpmchase.com> |
| **Sent:** | Friday, November 5, 2010 6:04 PM |
| **To:** | Blythe Masters <blythe.masters@jpmorgan.com>; Francis Dunleavy <Francis.Dunleavy@jpmorgan.com> |
| **Cc:** | Gregory J Johnson <johnson_greg@jpmorgan.com>; Diane M. Genova <genova_diane@jpmorgan.com>; Paul Tramonte <Paul.Tramonte@jpmorgan.com> |
| **Subject:** | Fw: Follow up meeting with Midwest ISO Market Monitor |

hi Blythe/Francis,

Please see Paul Tramonte's summary below of today's call with the Market Monitor regarding MISO's questions of JPM's activity. We will let you know as soon as the IMM gets back to us.

Apologies for the typo - the date should be October 31 not December.

Thanks

Ari

Regards,
Ari Nakkab
T-212-648-0291
Alt T-212-834-2477

## Redacted



## Unredacted



**Redacted**



**Unredacted**



**Redacted**



**Unredacted**

## Two Emails Not Requested by Staff but
## Produced by JP Morgan in an Unredacted Version

**Redacted**



## Unredacted



FOIA CONFIDENTIAL TREATMENT REQUESTED CONTAINS PRIVILEGED INFORMA
DO NOT RELEASE PURSUANT TO 5 U.S.C. § 552, 18 C.F.R. §§ 1b.9, 1b.20 AND 3

Redacted

Regards,
Ari Nakkab
T-212-648-0291
Alt T-212-834-2477

----- Original Message -----
From: Tramonte, Paul
To: Masters, Blythe; Greenleaf, Stephen T; Dunleavy, Francis; Nakkab, Armand X; Posoli, Paul
Cc: Genova, Diane M.
Sent: Sat Mar 12 11:24:33 2011
Subject: Re: Privileged and Confidential - CAISO update

Call in for 11:45 eastern call

866 410 5205

63350389

----- Original Message -----
From: Masters, Blythe
To: Tramonte, Paul; Greenleaf, Stephen T; Dunleavy, Francis; Nakkab, Armand X; Posoli, Paul
Cc: 'catherine.krupka@sutherland.com' <catherine.krupka@sutherland.com>; Genova, Diane M.
Sent: Sat Mar 12 11:20:49 2011
Subject: Re: Privileged and Confidential - CAISO update

Pls provide a dial in for a call at 11:45am