**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION<br>888 First Street, N.E.<br>Washington, D.C. 20426,<br><br>Petitioner,<br><br>v.<br><br>J.P. MORGAN VENTURES ENERGY CORPORATION<br>700 Louisiana Street<br>Suite 1000<br>Houston, TX 77002,<br><br>Respondent. | ) | Misc. No. _______ |

**EXHIBIT 2**
**IN SUPPORT OF PETITION FOR ORDER TO SHOW CAUSE**

**Partially or Wholly Redacted Emails Covered by JP Morgan's May 9, 2012 Email-by-Email Privilege Log**

**July 2, 2012**

JPM-202994.tif - Windows Photo Viewer

File Print E-mail Burn Open

FOIA CONFIDENTIAL TREATMENT REQUESTED CONTAINS PRIVILEGED INFORMATION - DO NOT RELEASE PURSUANT TO 5 U.S.C. § 552, 18 C.F.R. §§ 1b.9, 1b.20 AND 388.1112

**From:** Robert O'Connell <robert.oconnell@jpmorgan.com>
**Sent:** Friday, November 5, 2010 1:19 PM
**To:** Paul Tramonte <Paul.Tramonte@jpmorgan.com>
**Subject:** combined Proposed Response - MISO IMM (Confidential) rev 4.docx
**Attach:** combined Proposed Response - MISO IMM (Confidential) rev 4.docx

Redacted

JPM-203299.tif - Windows Photo Viewer

File Print E-mail Burn Open

FOIA CONFIDENTIAL TREATMENT REQUESTED CONTAINS PRIVILEGED INFORM[...]
DO NOT RELEASE PURSUANT TO 5 U.S.C. § 552, 18 C.F.R. §§ 1b.9, 1b.20 AND [...]

**From:** Paul Tramonte <Paul.Tramonte@jpmorgan.com>
**Sent:** Friday, November 5, 2010 4:11 PM
**To:** Robert O'Connell <robert.oconnell@jpmorgan.com>
**Subject:** RE: Follow up meeting with Midwest ISO Market Monitor

Redacted Diane Redacted

Paul Tramonte | Vice President - Compliance Manager | North American Commodities | J.P. Morgan | 700 Louisiana, Houston, Texas 77002 | T: 713 236-3079 | F: 713 236-5000 | Paul.Tramonte@jpmorgan.com | jpmorgan.com

**From:** Robert O'Connell
**Sent:** Friday, November 05, 2010 3:09 PM
**To:** Paul Tramonte
**Subject:** RE: Follow up meeting with Midwest ISO Market Monitor

Change December to October

Bob

Robert P. O'Connell | Vice President and Compliance Manager | Legal and Compliance | JPMorgan
P: 484-266-0283 | M: 484-844-2528 | robert.oconnell@jpmorgan.com

JPM-172627.tif - Windows Photo Viewer

File Print E-mail Burn Open

**From:** Posoli, Paul <Paul.Posoli@jpmorgan.com>
**Sent:** Friday, March 11, 2011 4:24 PM
**To:** Dunleavy, Francis <Francis.Dunleavy@jpmorgan.com>
**Subject:** FW: Privileged and Confidential - CAISO update

---

will you give her the details

-----Original Message-----
From: Masters, Blythe
Sent: Friday, March 11, 2011 3:07 PM
To: Nakkab, Armand X; Dunleavy, Francis; Posoli, Paul
Cc: Greenleaf, Stephen T; Tramonte, Paul; 'Catherine.Krupka@sutherland.com'; Genova, Diane M.
Subject: Re: Privileged and Confidential - CAISO update

Redacted

----- Original Message -----
From: Nakkab, Armand X
To: Masters, Blythe; Dunleavy, Francis; Posoli, Paul
Cc: Greenleaf, Stephen T; Tramonte, Paul; 'Catherine.Krupka@sutherland.com' <Catherine.Krupka@sutherland.com>; Genova, Diane M.
Sent: Fri Mar 11 16:04:51 2011
Subject: Privileged and Confidential - CAISO update

ed

Redacted spoke to Catherine Krupka Redacted

She advised Redacted

Redacted

Ari

Regards,
Ari Nakkab
T-212-648-0291
Alt T-212-834-2477

JPM-172625.tif - Windows Photo Viewer

File Print E-mail Burn Open

**From:** Dunleavy, Francis <Francis.Dunleavy@jpmorgan.com>
**Sent:** Friday, March 11, 2011 8:16 PM
**To:** Greenleaf, Stephen T <stephen.t.greenleaf@jpmorgan.com>
**Subject:** Re: Privileged and Confidential - CAISO update

Redacted

----- Original Message -----
From: Greenleaf, Stephen T
To: Dunleavy, Francis
Sent: Fri Mar 11 17:16:42 2011
Subject: RE: Privileged and Confidential - CAISO update

Redacted

-----Original Message-----
From: Dunleavy, Francis
Sent: Friday, March 11, 2011 2:15 PM
To: Masters, Blythe; Nakkab, Armand X; Posoli, Paul
Cc: Greenleaf, Stephen T; Tramonte, Paul; 'Catherine.Krupka@sutherland.com'; Genova, Diane M.
Subject: Re: Privileged and Confidential - CAISO update

Redacted

----- Original Message -----
From: Masters, Blythe
To: Nakkab, Armand X; Dunleavy, Francis; Posoli, Paul
Cc: Greenleaf, Stephen T; Tramonte, Paul; 'Catherine.Krupka@sutherland.com' <Catherine.Krupka@sutherland.com>; Genova, Diane M.
Sent: Fri Mar 11 16:06:30 2011
Subject: Re: Privileged and Confidential - CAISO update

Redacted

----- Original Message -----
From: Nakkab, Armand X
To: Masters, Blythe; Dunleavy, Francis; Posoli, Paul
Cc: Greenleaf, Stephen T; Tramonte, Paul; 'Catherine.Krupka@sutherland.com' <Catherine.Krupka@sutherland.com>; Genova, Diane M.
Sent: Fri Mar 11 16:04:51 2011
Subject: Privileged and Confidential - CAISO update

Redacted

Redacted spoke to Catherine Krupka Redacted

She advised Redacted

Redacted Redacted

JPM-172626.tif - Windows Photo Viewer

File Print E-mail Burn Open

FOIA CONFIDENTIAL TREATMENT REQUESTED CONT
DO NOT RELEASE PURSUANT TO 5 U.S.C. § 552, 1

Redacted

Thanks
Ari

Regards,
Ari Nakkab
T-212-648-0291
Alt T-212-834-2477

JPM-173497.tif - Windows Photo Viewer

File Print E-mail Burn Open

**From:** Masters, Blythe <blythe.masters@jpmorgan.com>
**Sent:** Saturday, March 12, 2011 12:24 PM
**To:** Dunleavy, Francis <Francis.Dunleavy@jpmorgan.com>
**Subject:** Fw: Privileged and Confidential - CAISO update

Redacted

JPM-173454.tif - Windows Photo Viewer

File Print E-mail Burn Open

FOIA CONFIDENTIAL TREATMENT REQUESTED CONTAINS PRIVILEGED INFORMATION
DO NOT RELEASE PURSUANT TO 5 U.S.C. § 552, 18 C.F.R. §§ 1b.9, 1b.20 AND 388.11

**From:** Masters, Blythe <blythe.masters@jpmorgan.com>
**Sent:** Monday, March 14, 2011 2:36 AM
**To:** Dunleavy, Francis <Francis.Dunleavy@jpmorgan.com>; Posoli, Paul <Paul.Posoli@jpmorgan.com>; Nakkab, Armand X <armand.x.nakkab@jpmchase.com>
**Subject:** Re: Privileged and Confidential - CAISO update

Redacted

----- Original Message -----

**From:** Dunleavy, Francis <Francis.Dunleavy@jpmorgan.com>
**Sent:** Monday, March 14, 2011 12:39 PM
**To:** Masters, Blythe <blythe.masters@jpmorgan.com>
**Subject:** Re: Privileged and Confidential - CAISO update

Redacted

----- Original Message -----
From: Masters, Blythe
To: Dunleavy, Francis
Sent: Mon Mar 14 12:36:10 2011
Subject: Re: Privileged and Confidential - CAISO update

Redacted

----- Original Message -----
From: Dunleavy, Francis
To: Masters, Blythe
Sent: Mon Mar 14 12:34:30 2011
Subject: Re: Privileged and Confidential - CAISO update

Redacted

JPM-173346.tif - Windows Photo Viewer

File Print E-mail Burn Open

FOIA CONFIDENTIAL TREATMENT REQUESTED CONTAINS PRIVILEGED INFORMATION - DO NOT RELEASE PURSUANT TO 5 U.S.C. § 552, 18 C.F.R. §§ 1b.9, 1b.20 AND 388.1112

**From:** Masters, Blythe <blythe.masters@jpmorgan.com>
**Sent:** Saturday, May 7, 2011 4:14 PM
**To:** Nakkab, Armand X <armand.x.nakkab@jpmchase.com>; Dunleavy, Francis <Francis.Dunleavy@jpmorgan.com>; Tramonte, Paul <Paul.Tramonte@jpmorgan.com>
**Cc:** Genova, Diane M. <genova_diane@jpmorgan.com>; Johnson, Gregory J <johnson_greg@jpmorgan.com>; Greenleaf, Stephen T <stephen.t.greenleaf@jpmorgan.com>; Cromarty, Chloe <chloe.cromarty@jpmchase.com>
**Subject:** Re: Update

Assume you're aware I'm travelling from tuesday for the next two weeks?

**From**: Nakkab, Armand X
**To**: Masters, Blythe; Dunleavy, Francis; Tramonte, Paul
**Cc**: Genova, Diane M.; Johnson, Gregory J; Greenleaf, Stephen T; Cromarty, Chloe
**Sent**: Sat May 07 16:11:46 2011
**Subject**: RE: Update

okay. not yet waiting for his assistant to confirm times that he is available. will advise once we hear back.

**From:** Masters, Blythe
**Sent:** Saturday, May 07, 2011 4:10 PM
**To:** Nakkab, Armand X; Dunleavy, Francis; Tramonte, Paul
**Cc:** Genova, Diane M.; Johnson, Gregory J; Greenleaf, Stephen T; Cromarty, Chloe
**Subject:** Re: Update

Redacted

**From**: Nakkab, Armand X
**To**: Masters, Blythe; Dunleavy, Francis; Tramonte, Paul
**Cc**: Genova, Diane M.; Johnson, Gregory J; Tramonte, Paul; Greenleaf, Stephen T; Cromarty, Chloe
**Sent**: Sat May 07 15:50:17 2011
**Subject**: Update

Redacted

JPM-173347.tif - Windows Photo Viewer
File
Print
E-mail
Burn
Open
FOIA CONFIDENTIAL TREATMENT REQUESTED CONTAINS PRIVILEGED INFORMATION -
DO NOT RELEASE PURSUANT TO 5 U.S.C. § 552, 18 C.F.R. §§ 1b.9, 1b.20 AND 388.1112
Redacted
Regards,
Ari Nakkab
Managing Director &
Compliance Managing Director
Tel - 212-648-0291
Alt Tel - 212-834-2477

JPM-180469.tif - Windows Photo Viewer

File Print E-mail Burn Open

**From:** Tramonte, Paul <Paul.Tramonte@jpmorgan.com>
**Sent:** Tuesday, May 10, 2011 6:08 PM
**To:** Nakkab, Armand X <armand.x.nakkab@jpmchase.com>
**Subject:** Posoli just gave me a heads up on the conf call

Redacted Catherine's conversation, Redacted

Paul Tramonte | Executive Director - Compliance Director | North American Commodities | J.P. Morgan | 700 Louisiana, Houston, Texas 77002 | T: 713 236-3079 | F: 713 236-5000 | Paul.Tramonte@jpmorgan.com | jpmorgan.com

JPM-173660.tif - Windows Photo Viewer

File Print E-mail Burn Open

DO NOT RELEASE PURSUANT TO 5 U.S.C. § 552, 18 C.F.R. §§ 1b.9, 1b.20 AND 388.111

**From:** Nakkab, Armand X <armand.x.nakkab@jpmchase.com>
**Sent:** Wednesday, May 11, 2011 1:55 PM
**To:** Tramonte, Paul <Paul.Tramonte@jpmorgan.com>
**Subject:** Re: offered 999.99 yesterday, continue to offer -30. let me know if you need anything more

Okay ty.

Regards,
Ari Nakkab
Managing Director &
Compliance Managing Director
T-212-648-0291
Alt T-212-834-2477

**From:** Tramonte, Paul
**To:** Nakkab, Armand X
**Sent:** Wed May 11 13:53:42 2011
**Subject:** RE: offered 999.99 yesterday, continue to offer -30. let me know if you need anything more

Redacted

Paul Tramonte | Executive Director - Compliance Director | North American Commodities | J.P. Morgan | 700 Louisiana, Houston, Texas 77002 | T: 713 236-3079 | F: 713 236-5000 | Paul.Tramonte@jpmorgan.com | jpmorgan.com

**From:** Nakkab, Armand X
**Sent:** Wednesday, May 11, 2011 12:41 PM
**To:** Tramonte, Paul
**Subject:** Re: offered 999.99 yesterday, continue to offer -30. let me know if you need anything more

Redacted

Regards,
Ari Nakkab
Managing Director &
Compliance Managing Director
T-212-648-0291
Alt T-212-834-2477

**From:** Tramonte, Paul
**To:** Nakkab, Armand X
**Sent:** Wed May 11 13:40:01 2011
**Subject:** RE: offered 999.99 yesterday, continue to offer -30. let me know if you need anything more

Redacted

Paul Tramonte | Executive Director - Compliance Director | North American Commodities | J.P. Morgan | 700 Louisiana, Houston, Texas 77002 | T: 713 236-3079 | F: 713 236-5000 | Paul.Tramonte@jpmorgan.com | jpmorgan.com

**From:** Nakkab, Armand X
**Sent:** Wednesday, May 11, 2011 12:38 PM
**To:** Tramonte, Paul
**Subject:** Re: offered 999.99 yesterday, continue to offer -30. let me know if you need anything more

Redacted

Regards,
Ari Nakkab
Managing Director &
Compliance Managing Director
T-212-648-0291
Alt T-212-834-2477

JPM-173315.tif - Windows Photo Viewer

File Print E-mail Burn Open

FOIA CONFIDENTIAL TREATMENT REQUESTED CONTAINS PRIVILEGED INFORMATION - DO NOT RELEASE PURSUANT TO 5 U.S.C. § 552, 18 C.F.R. §§ 1b.9, 1b.20 AND 388.1112

**From:** Nakkab, Armand X <armand.x.nakkab@jpmchase.com>
**Sent:** Wednesday, May 18, 2011 9:03 AM
**To:** Posoli, Paul <Paul.Posoli@jpmorgan.com>; Dunleavy, Francis <Francis.Dunleavy@jpmorgan.com>; Masters, Blythe <blythe.masters@jpmorgan.com>
**Cc:** Genova, Diane M. <genova_diane@jpmorgan.com>; de Marothy, Anne <anne.de.marothy@jpmorgan.com>; Pritchard, Marisa C <marisa.c.pritchard@jpmchase.com>; Basci, Patricia <Patricia.Basci@chase.com>
**Subject:** RE: FERC Meeting

Redacted

Regards,
Ari Nakkab
Managing Director &
Compliance Managing Director
Tel. 212-648-0291
Alt Tel. 212-834-2477
Fax. 646-383-9453

**From:** Posoli, Paul
**Sent:** Wednesday, May 18, 2011 3:10 AM
**To:** Nakkab, Armand X; Dunleavy, Francis; Masters, Blythe; Basci, Patricia
**Cc:** Genova, Diane M.; Tramonte, Paul; de Marothy, Anne; Pritchard, Marisa C
**Subject:** Re: FERC Meeting

Redacted

**From:** Nakkab, Armand X
**To:** Dunleavy, Francis; Masters, Blythe; Posoli, Paul; Basci, Patricia
**Cc:** Genova, Diane M.; Tramonte, Paul; de Marothy, Anne; Pritchard, Marisa C
**Sent:** Tue May 17 17:57:17 2011
**Subject:** Re: FERC Meeting

No it has been moved. FERC can not make this date. Now looking at Monday May 23.

Regards,
Ari Nakkab
Managing Director &
Compliance Managing Director
T-212-648-0291
Alt T-212-834-2477

**From:** Dunleavy, Francis
**To:** Nakkab, Armand X; Masters, Blythe; Posoli, Paul; Basci, Patricia
**Cc:** Genova, Diane M.; Tramonte, Paul; de Marothy, Anne; Pritchard, Marisa C
**Sent:** Tue May 17 17:44:53 2011
**Subject:** RE: FERC Meeting

JPM-172647.tif - Windows Photo Viewer

File Print E-mail Burn Open

**From:** Posoli, Paul <Paul.Posoli@jpmorgan.com>
**Sent:** Thursday, May 19, 2011 4:08 PM
**To:** Dunleavy, Francis <Francis.Dunleavy@jpmorgan.com>
**Subject:** Re: FERC meeting attendees list

Redacted

**From**: Dunleavy, Francis
**To**: Masters, Blythe; Nakkab, Armand X; Posoli, Paul
**Cc**: Genova, Diane M.; Johnson, Gregory J
**Sent**: Thu May 19 16:05:14 2011
**Subject**: Re: FERC meeting attendees list

Redacted

**From**: Masters, Blythe
**To**: Nakkab, Armand X; Dunleavy, Francis; Posoli, Paul
**Cc**: Genova, Diane M.; Johnson, Gregory J
**Sent**: Thu May 19 15:50:56 2011
**Subject**: Re: FERC meeting attendees list

Redacted

**From**: Nakkab, Armand X
**To**: Masters, Blythe; Dunleavy, Francis; Posoli, Paul
**Cc**: Genova, Diane M.; Johnson, Gregory J
**Sent**: Thu May 19 15:45:13 2011
**Subject**: FERC meeting attendees list

Redacted

Thanks

JPM-172648.tif - Windows Photo Viewer

File Print E-mail Burn Open

FOIA CONFIDENTIAL TREATMENT REQUESTED CONTAINS PRIVILEGED INFORMATION - DO NOT RELEASE PURSUANT TO 5 U.S.C. § 552, 18 C.F.R. §§ 1b.9, 1b.20 AND 388.1112

Ari

Regards,
Ari Nakkab
Managing Director &
Compliance Managing Director
Tel - 212-648-0291
Alt Tel - 212-834-2477

JPM-173472.tif - Windows Photo Viewer

File Print E-mail Burn Open

FOIA CONFIDENTIAL TREATMENT REQUESTED CONTAINS PRIVILEGED INFORMATION - DO NOT RELEASE PURSUANT TO 5 U.S.C. § 552, 18 C.F.R. §§ 1b.9, 1b.20 AND 388.1112

**From:** Masters, Blythe <blythe.masters@jpmorgan.com>
**Sent:** Thursday, June 23, 2011 11:02 AM
**To:** Greenleaf, Stephen T <stephen.t.greenleaf@jpmorgan.com>; Dunleavy, Francis <Francis.Dunleavy@jpmorgan.com>; Posoli, Paul <Paul.Posoli@jpmorgan.com>; Cauthen, Rob <Rob.Cauthen@jpmorgan.com>; Sunderman, Andrew <Andrew.Sunderman@jpmorgan.com>
**Cc:** Johnson, Gregory J <johnson_greg@jpmorgan.com>; Genova, Diane M. <genova_diane@jpmorgan.com>; Nakkab, Armand X <armand.x.nakkab@jpmchase.com>; Tramonte, Paul <Paul.Tramonte@jpmorgan.com>; Cromarty, Chloe <chloe.cromarty@jpmchase.com>
**Subject:** Re: New CAISO BCR-related Tariff Filing

Redacted

Reda can someone prepare Redacted Redacted

Blythe

JPM-173207.tif - Windows Photo Viewer

File Print E-mail Burn Open

**From:** Masters, Blythe <blythe.masters@jpmorgan.com>
**Sent:** Wednesday, July 6, 2011 4:59 PM
**To:** Sunderman, Andrew <Andrew.Sunderman@jpmorgan.com>; Nakkab, Armand X <armand.x.nakkab@jpmchase.com>
**Cc:** Genova, Diane M. <genova_diane@jpmorgan.com>; Dunleavy, Francis <Francis.Dunleavy@jpmorgan.com>; Posoli, Paul <Paul.Posoli@jpmorgan.com>
**Subject:** Re: Privileged

Redacted

----- Original Message -----
From: Sunderman, Andrew
To: Masters, Blythe; Nakkab, Armand X
Cc: Genova, Diane M.
Sent: Wed Jul 06 16:46:48 2011
Subject: RE: Privileged

Redacted

Redacted outside counsel asked Redacted

Redacted

AS

----- Original Message -----
From: Sunderman, Andrew
To: Masters, Blythe; Nakkab, Armand X
Cc: Genova, Diane M.
Sent: Wed Jul 06 08:28:50 2011
Subject: RE: Privileged

Redacted

-----Original Message-----
From: Masters, Blythe
Sent: Tuesday, July 05, 2011 10:02 PM Eastern Standard Time
To: Nakkab, Armand X; Sunderman, Andrew
Cc: Genova, Diane M.
Subject: Privileged

Redacted in connection with document retention Redacted

Redacted

----- Original Message -----
From: Nakkab, Armand X
To: Dunleavy, Francis; Masters, Blythe; Posoli, Paul; Tramonte, Paul; Cauthen, Rob
Cc: Krupka, Catherine <Catherine.Krupka@sutherland.com>; Raisler, Kenneth <Raislerk@sullcrom.com>; Genova, Diane M.; Johnson, Gregory J
Sent: Fri Jul 15 13:28:49 2011
Subject: RE: CAISO bidding Structure

Redacted

-----Original Message-----
From: Dunleavy, Francis
Sent: Friday, July 15, 2011 1:26 PM
To: Nakkab, Armand X; Masters, Blythe; Posoli, Paul; Tramonte, Paul; Cauthen, Rob
Subject: CAISO bidding Structure

Redacted

I ask Compliance and Legal

Redacted

Redacted