# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION<br>888 First Street, N.E.<br>Washington, D.C. 20426,<br><br>        Petitioner,<br><br>    v.<br><br>J.P. MORGAN VENTURES ENERGY CORPORATION<br>700 Louisiana Street<br>Suite 1000<br>Houston, TX 77002,<br><br>        Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Misc. No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# EXHIBIT 3
# IN SUPPORT OF PETITION FOR ORDER TO SHOW CAUSE

**Emails Covered by JP Morgan's**
**May 9, 2012 Email-by-Email Privilege Log**
**but Produced in Unredacted Form on June 4, 2012**

**July 2, 2012**

**Redacted**





**Unredacted**

JPM-172647]

Page | Redlines  Window  Help



| From: | Posoli, Paul <Paul.Posoli@jpmorgan.com> |
| --- | --- |
| Sent: | Thursday, May 19, 2011 4:08 PM |
| To: | Dunleavy, Francis <Francis.Dunleavy@jpmorgan.com> |
| Subject: | Re: FERC meeting attendees list |

==Are you being sarcastic?==

**From:** Dunleavy, Francis
**To:** Masters, Blythe; Nakkab, Armand X; Posoli, Paul
**Cc:** Genova, Diane M.; Johnson, Gregory J
**Sent:** Thu May 19 16:05:14 2011
**Subject:** Re: FERC meeting attendees list

==Great job compliance.==

==Terrific outcome.==

**From:** Masters, Blythe
**To:** Nakkab, Armand X; Dunleavy, Francis; Posoli, Paul
**Cc:** Genova, Diane M.; Johnson, Gregory J
**Sent:** Thu May 19 15:50:56 2011
**Subject:** Re: FERC meeting attendees list

Redacted

**From:** Nakkab, Armand X
**To:** Masters, Blythe; Dunleavy, Francis; Posoli, Paul
**Cc:** Genova, Diane M.; Johnson, Gregory J
**Sent:** Thu May 19 15:45:13 2011
**Subject:** FERC meeting attendees list

==hi all,==

==please find the list of attendees for the FERC meeting on Monday.==

==**Kathryn Kuhlen** - most senior in the room, and Tom's immediate supervisor==
==**Tom Olson** - lead on the MISO matters==
==**Vivian Chen** - works with Tom==
==**Alan Haymes** - economist==
==**Eric Cicoretti** - the investigator that will pick up the CAISO matter==

==plan is to meet in the lobby at 10:15 am.==

==address:==
==Federal Energy Regulatory Commission==
==888 First Street, NE==
==Washington, DC 20426==

Thanks



**Redacted**



## Unredacted



**Redacted**



**Unredacted**



**Redacted**



## Unredacted

