**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FEDERAL ENERGY REGULATORY
COMMISSION,

      Petitioner,

      v.

J.P. MORGAN VENTURES ENERGY
CORPORATION,

      Respondent.

Misc. Action No. 12-00352 (CKK)

**ORDER TO SHOW CAUSE**
(July 5, 2012)

Petitioner, the Federal Energy Regulatory Commission ("FERC"), is conducting an

investigation into alleged manipulation of the California and Midwest energy markets by

Respondent, J.P. Morgan Ventures Energy Corporation ("JPMorgan").  As part of its

investigation, FERC has issued two subpoenas *duces tecum*—one dated April 18, 2012 and a

second dated May 3, 2012—commanding the production of twenty-five e-mails that JPMorgan

claims are protected in whole or in part by the attorney-client privilege (the "Subpoenas").

FERC now brings this miscellaneous action seeking enforcement of the Subpoenas pursuant to

16 U.S.C. § 825f(c).  Specifically, through its [1] Petition for an Order to Show Cause Why This

Court Should Not Enforce Subpoenas for Production of Documents ("Petition"), FERC asks the

Court to either require JPMorgan to produce all twenty-five e-mails in unredacted form or, in the

alternative, review the e-mails *in camera* to evaluate JPMorgan's privilege claims.  Upon careful

consideration of FERC's Petition, it is, this 5th day of July, 2012, hereby

**ORDERED** that, by no later than July 13, 2012, at 5:00 p.m., JPMorgan shall SHOW

CAUSE, in a memorandum of points and authorities not to exceed forty-five (45) pages accompanied by any supporting declarations, documentary evidence, etc., why the Court should not grant FERC's [1] Petition and enforce the Subpoenas.  In addition to any other relevant questions posed by the Petition, JPMorgan shall address why it should not be required to produce the twenty-five at-issue e-mails in unredacted form or to submit them to the Court for *in camera* review.  JPMorgan must present declarations or other competent evidence to support each of the essential elements of any claimed privilege.  *See, e.g.*, *In re Application of Veiga*, 746 F. Supp. 2d 27, 40-41 (D.D.C. 2010); *Zelaya v. UNICCO Serv. Co.*, 682 F. Supp. 2d 28, 38 (D.D.C. 2010); *Alexander v. FBI*, 192 F.R.D. 42, 45-46 (D.D.C. 2000).

It is **FURTHER ORDERED** that, by no later than July 17, 2012, at 12:00 p.m., FERC shall file its reply in support of its Petition, if any, in a memorandum of points and authorities not to exceed twenty-five (25) pages accompanied by any supporting declarations, documentary evidence, etc.

It is **FURTHER ORDERED** that the parties shall promptly meet and confer and, by no later than July 10, 2012, file a Joint Notice with the Court advising whether all parties consent to the assignment of this miscellaneous action to a magistrate judge for *all purposes*, with any appeal to be taken directly to the United States Court of Appeals for the District of Columbia Circuit in the same manner as an appeal from any other judgment of the district court.  The parties are strongly encouraged to consider this option, which may very well result in a more prompt resolution of the pending dispute and provide additional time for any required production, if any.  However, the parties are free to withhold consent without adverse substantive consequences.

2

It is **FURTHER ORDERED** that the parties shall deliver one (1) courtesy copy of any submission that is over twenty-five (25) pages in length or that includes more than one exhibit to the Court Security Officer at the loading dock located at Third and C Streets (not the Clerk's Office or Chambers).  Courtesy copies shall be appropriately bound and tabbed for ease of reference.

It is **FURTHER ORDERED** that, by no later than July 6, 2012, at 12:00 p.m., FERC shall serve a copy of this Order to Show Cause upon JPMorgan or its counsel by personal service, certified or registered mail with return receipt requested, overnight delivery, or any other method consented to by JPMorgan or its counsel.  FERC shall file proof of service with the Court by no later than July 6, 2012, at 5:00 p.m.

**SO ORDERED.**


_____/s/_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge