REFERRAL TO MAGISTRATE JUDGE

CATEGORY:

Co 299 (Revised-DC 03/00)

CAUSE OF ACTION:

| CASE NO:<br>12mc352 | DATE REFERRED:<br>7/12/12<br><br>DISPOSITION DATE: | PURPOSE:<br>ALL PURPOSES | JUDGE:<br>COLLEEN KOLLAR-KOTELLY | MAG. JUDGE |
|---|---|---|---|---|

PLAINTIFF (S) :

FEDERAL ENERGY REGULATORY COMMISSION

DEFENDANT(S):

J.P. MORGAN VENTURES ENERGY CORPORATION

ENTRIES: