IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
FEDERAL ENERGY REGULATORY                     :
COMMISSION,                                   :
                                              :
           Petitioner,                        :
                                              :
      v.                                      :   No. 1:12-mc-00352-DAR
                                              :
J.P. MORGAN VENTURES ENERGY                   :
CORPORATION,                                  :
                                              :
           Respondent.                        :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### JOINT STATUS REPORT CONCERNING MEET-AND-CONFER PROCESS

Pursuant to the Court's July 31, 2012 and August 8, 2012 Minute Orders, Petitioner Federal Energy Regulatory Commission ("FERC") and Respondent J.P. Morgan Ventures Energy Corporation ("JPMVEC") (collectively, the "Parties") hereby submit this Joint Status Report about the Parties' meet-and-confer efforts to narrow their disputes over Respondent's privilege claims.

On July 2, 2012, FERC filed a Petition for an Order to Show Cause, requesting that the Court either require JPMVEC to produce twenty-five emails in unredacted form (the "Emails") or, in the alternative, review the Emails *in camera* to evaluate JPMVEC's privilege claims. (Dkt. No. 1.) On July 13, 2012, JPMVEC filed an Opposition, arguing that the Emails were protected from disclosure by the attorney-client privilege and providing them for *in camera* inspection (Dkt. No. 11), along with a declaration of Catherine Krupka providing additional information about the Emails ("Krupka Declaration"). FERC filed a Reply responding to JPMVEC's Opposition. (Dkt. Nos. 13, 14.)

The Court set a status hearing for August 30, 2012 but ordered that, in the interim, the Parties meet and confer to try to narrow their disputes.  The Court set August 16, 2012 as the date for the Parties to submit a status report "in which they identify the issues as to which the intervention of the court is no longer required."  By joint request of the Parties, the Court extended this deadline to August 28, 2012.

The Parties have made good faith efforts over the past month to meet and confer as ordered by the Court.  On August 3, 2012, counsel for the Parties conferred by phone to discuss the issues in dispute and proposals for resolving them.  During the weeks that followed, counsel for the Parties have exchanged several emails addressing various approaches to trying to settle some or all of the disputes.  JMPVEC did agree, and has provided FERC, with a redacted copy of the Krupka Declaration.  However, to date, no agreement has been reached to narrow the Parties' disputes on other issues.  Accordingly, the Parties respectfully submit that this Court's intervention remains necessary as to all of the issues identified in the Parties' briefs.

Dated: August 28, 2012                                         Respectfully submitted,


   /s/ Thomas P. Olson
Thomas P. Olson
(DC Bar No. 389220)
Vivian W. Chum
Attorneys
Division of Investigations
Office of Enforcement
FEDERAL ENERGY REGULATORY COMMISSION
888 First Street, N.E.
Washington, DC  20426
thomas.olson@ferc.gov
Tel: (202) 502-6278

*Counsel for Petitioner*

  /s/ Michele A. Roberts
Michele A. Roberts (D.C. Bar 337998)
William S. Scherman (*pro hac vice*)
John N. Estes III (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
michelle.roberts@skadden.com
wscherma@skadden.com
john.estes@skadden.com
Tel: (202) 371-7000

*Counsel for Respondent*

## CERTIFICATE OF SERVICE

      I, Michele A. Roberts, hereby certify that on August 28, 2012, I caused a true copy of the foregoing Joint Status Report Concerning Meet-and-Confer Process to be served through the Court's electronic filing system upon the following:

> Thomas P. Olson
> Vivian W. Chum
> Division of Investigations
> Office of Enforcement
> FEDERAL ENERGY REGULATORY COMMISSION
> 888 First Street, N.E.
> Washington, DC 20426
>
> *Counsel for Petitioner*
> *Federal Energy Regulatory Commission*

Dated:  August 28, 2012                         /s/ Michele A. Roberts
                                                                   Michele A. Roberts